# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

**ORIGINAL**

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2247 MJD/JGL Case Title: 3M vs. Print-Inform GmbH & Co.

**Affidavit of Movant**

I, [illegible], an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Louis T. Pirkey, an attorney admitted to practice in the Western District of Texas, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant 3M Company in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

**Affidavit of Proposed Admittee**

I, Louis T. Pirkey, am currently a member in good standing of the U.S. District Court for the Western District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Louis T. Pirkey | [signature] | 12-14-01 |

Attorney License Number: Texas Bar No. 16033000

Law Firm Name & Address:

Fulbright & Jaworski, 600 Congress Ave., Suite 2400, Austin, TX 78701

Telephone: ( )512-474-5201

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

DEC 19 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED DEC 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK