421334

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

**ORIGINAL**

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-cv-2247 MJD/JGL **Case Title:** 3M v. Print Infra GmbH + Co

**Affidavit of Movant**

I, David Tellekson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice William G. Barber an attorney admitted to practice in the Western District of Texas, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant 3M Company in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — MN 173836 MN Attorney License # — 12/21/01 Date

**Affidavit of Proposed Admittee**

I, William G. Barber, am currently a member in good standing of the U.S. District Court for the Western District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

WIlliam G. Barber — Type/Print Name
[signature] — Signature
12/17/01 — Date

Attorney License Number: Texas Bar No. 01713050

Law Firm Name & Address: Fulbright & Jaworski
600 Congress Ave., Suite 2400
Austin, TX 78701

Telephone: ( )512-474-5201

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

DEC 26 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED DEC 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________