UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Mining And Manufacturing Company, a Delaware corporation, Plaintiff, | Civil Action No. 01-2247 (MJD/JGL) |
| v. | |
| Print-Inform GmbH & Co. a German corporation Defendant. | |

ORDER

IT IS HEREBY ORDERED, that APS International, Ltd. is authorized to effect service of process on the defendant, Print Inform GmbH & Co., in Germany in accordance with the Hague convention and International law.

Feb 20, 2002
DATE

JUDGE

FILED FEB 2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______