ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Mining and Manufacturing Company, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Print-Inform GmbH & Co.<br>a German corporation<br><br>Defendant. | Civil Action No.<br>01-2247 (MJD/JGL) |

ORDER

IT IS HEREBY ORDERED, that the time period to effect service upon Defendant Print-Inform GmbH & Co is extended 90 days, until July 3, 2002.

Mar 19 2002
DATE

JUDGE

MAR 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK