UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-2247 (MJD/JGL)

MINNESOTA MINING AND
MANUFACTURING COMPANY,

Plaintff,

v.

ORDER

PRINT-INFORM GMBH & CO.,

Defendant.

To date, no answer or other response has been filed in the above-captioned matter although a summons has been filed documenting return of service executed upon defendant on March 22, 2002. Since the time for defendant to answer or otherwise plead has expired, counsel for plaintiff is directed to:

1. Notify defense counsel immediately that he/she is required to file an answer or otherwise respond;

2. File an application for entry of default unless the required pleading is filed within 10 days; or

4. Advise the Court in writing of any good cause to the contrary.

Failure to comply with this Order within 20 days of the date of this order may result in dismissal of this action for failure to prosecute.

DATED: May 20, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

MAY 20 2002
Filed
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________