UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
02 MAY 21 PM 2:37
CLERK ... COURT
MINNEAPOLIS ...

Minnesota Mining and Manufacturing Company, a Delaware corporation,

Plaintiff,

v.

Print-Inform GmbH & Co.
a German corporation

Defendant.

Civil Action No.
01-2247 (MJD/JGL)

**ORDER**

IT IS HEREBY ORDERED, that the time period for Defendant Print-Inform GmbH & Co to answer or move is extended 90 days, until June 3, 2002.

6-5-02
DATE

JUDGE DAVIS

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK