ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Minnesota Mining and Manufacturing Company, a Delaware corporation,

Plaintiff,

v.

Print Inform GmbH & Co., a German corporation,

Defendant.

Case No. 01-CV-2247 (MJD/JGL)

**STIPULATION AND ORDER STAYING ACTION**

WHEREAS, Minnesota Mining and Manufacturing Company ("3M") filed this action against Print Inform GmbH & Co. ("Print Inform") on or about December 5, 2001.

WHEREAS, on or about November 30, 2001, 3M also filed a Complaint with the United States International Trade Commission ("ITC") under § 337 of the Tariff Act, alleging that Print Inform was infringing 3M's trademark for the color canary yellow used in its self-stick repositionable note products. The ITC instituted an investigation, and the ITC proceeding in which Print Inform is a respondent, is captioned *In re Certain Canary Yellow Self-Stick Repositionable Note Products*, No. 337-TA-467.

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

1) Pursuant to 28 U.S.C. § 1659(a), this action shall be stayed until the determination of the ITC, in the proceeding captioned "In re Certain Canary Yellow Self-Stick Repositionable Note Products," Investigation No. 337-TA-467, becomes final. At such time as the determination of the ITC becomes final, plaintiff should file a motion requesting that the stay be lifted.

JUN 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

793081.01

2) Both parties hereby fully reserve their rights, defenses and arguments with respect to any motions that Print Inform may bring pursuant to Rule 12 of the Federal Rules of Civil Procedure, if plaintiff, at some future date, moves to lift the stay and the stay is lifted.

3) Without limiting the generality of the parties' reservation of their rights and defenses as provided for in the proceeding paragraph, it is further stipulated and agreed that any discussions leading up to, and the filing of this stipulation, do not constitute any grounds for the finding of personal jurisdiction or venue with respect to Print Inform and plaintiff shall not argue otherwise at any time.

4) The parties respectfully request that the Court enter this stipulation as its Order.

Dated: 5/14/02

MERCHANT & GOULD, P.C.

By: ______________________
David K. Tellekson #173836
3200 IDS Center
Minneapolis, MN 55402
Telephone: (612) 332-5300
Fax: (612) 332-9081

Attorneys for Plaintiff

BOND, SCHOENECK & KING, LLP

By: ______________________
Edward R. Conan
One Lincoln Center
Syracuse, NY 13202
Telephone: (315) 422-0121
Fax: (315) 422-6825

Attorneys for Defendant



793081.01