# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Minnesota Mining and
Manufacturing Company

Case No. Civil 01-2247 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Print Inform GMBH & Co .,KG

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: Effective 3/6/02 and subject to the time frame agreed to by the parties, Print Inform, its officers, agents, servants and employees and all those persons in active concert or participation with them, are permanently enjoined and restrained from Manufacturing offering for sale, selling or distributing in the US repositionable note products in the following colors: (a) Current Yellow; (b) shades of Yellow between Pantone PMS 101U at 20% tint and canary yellow, and between canary yellow and Pantone 394U and 100% tint, PMS 3945U at 100% tint and Pantone PMS 113U at 100% tint: and (c) Pantone PMS 102U at 20% tint, Pantone PMS 601U at 50% tint, Pantone PMS 101U at 100% tine or any other color that is as similar or more similar than these colors to Canary Yellow.

The parties shall bear their own costs for this action.

DATE: September 23, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery , Deputy Clerk